IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



| | | |
|---|---|---|
| WHEELING ISLAND GAMING, INC., | : | CASE NO. 5:06-CV-104 |
| Plaintiff, | : | |
| v. | : | ORDER GRANTING MOTION OF |
| | : | DEFENDANT THE RELIZON |
| PATENTED PRINTING, INC. AND | : | COMPANY TO WITHDRAW AND |
| THE RELIZON COMPANY, | : | SUBSTITUTE COUNSEL |
| Defendants. | : | |

IT IS ORDERED that Denise D. Klug of Dinsmore & Shohl, LLP is permitted to withdraw and Melvin F. O'Brien of Dickie McCamey & Chilcote, P.C. is substituted as counsel for Defendant The Relizon Company.

Date: July 10, 2007

_____
UNITED STATES DISTRICT JUDGE

185440.1