IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WHEELING ISLAND GAMING, INC.,

    Plaintiff,

v.                                                    Civil Action No. 5:06CV104
                                                               (STAMP)
PATENTED PRINTING, INC. and
THE RELIZON COMPANY,

    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE
DEADLINE TO DESIGNATE EXPERT WITNESSES AND
DENYING PLAINTIFF'S ALTERNATIVE MOTION TO
STRIKE THE DEFENDANT'S EXPERT WITNESS**

On July 7, 2007, the plaintiff filed a motion to continue the deadline to designate rebuttal expert witnesses, or in the alternative, to strike defendant's expert witness. On July 10, 2007, defendant, Patented Printing, Inc., filed a response stating that although it does not oppose an extension of the deadline to file rebuttal expert witnesses, it does oppose the plaintiff's alternative motion to strike. A hearing on the plaintiff's motion was held on July 10, 2007.

For good cause shown, the plaintiff's motion, to the extent that it seeks a continuance of the deadline to designate rebuttal expert witnesses, is GRANTED. The plaintiff's alternative motion to strike the defendant's expert witness is DENIED. The following amended deadlines are ESTABLISHED:

1. All parties shall provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(A) and (B) if the evidence is intended solely to contradict or rebut evidence on the same issue identified

by another party under Fed. R. Civ. P. 26(a)(2)(B) no later than **August 11, 2007.**

2. All dispositive motions shall be filed on or before **September 14, 2007**.

3. Memoranda in opposition to dispositive motions shall be filed on or before **September 28, 2007**.

4. Any reply memoranda shall be filed on or before **October 10, 2007**.

All other deadlines established by the January 3, 2007 scheduling order remain unchanged.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: July 10, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE